UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

FILED
DEC 0 1 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| TENKA, INC. | * CIVIL ACTION   5:16-cv-01215 |
| | * NO. |
| VERSUS | * |
| | * SECTION "   " |
| ENDOFA LLC and ENDOFA INVEST (USA) LLC | * |
| | * |
| | * MAGISTRATE JUDGE " " |
| | * |

### ORDER AUTHORIZING THE ISSUANCE OF A WRIT OF GARNISHMENT

Having reviewed the Verified Complaint and Affidavit filed in connection with the above entitled numbered cause, and having determined that the conditions justifying the issuance of a Writ of Maritime Garnishment appear to exist,

**IT IS HEREBY ORDERED** that the Clerk of Court immediately issue a Writ of Maritime Garnishment of any and all funds of Endofa LLC and/or Invest (USA) LLC in the custody or control of Frost National Bank, and all other property of Endofa LLC and/or Endofa Invest (USA) LLC, located within the Western District of Texas, up to including the value of Plaintiff's claim, $328,009.78.

In accordance with applicable local rules and customs, Plaintiff Tenka, Inc. agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from and against any and all liabilities as a result of attaching the aforesaid property according to this Order.

San Antonio, Texas, this ___1st___ day of ~~November~~ December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2813892-1